United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE KNIGHT,<br><br>   Petitioner,<br><br>   v.<br><br>M. S. EVANS, WARDEN,<br><br>   Respondent.<br>_____/ | No. C 05-03670 SBA (PR)<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY AS UNNECESSARY** |

    Petitioner has filed a notice of appeal and request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b) following this Court's denial of his habeas petition challenging the decision by prison officials, following a prison disciplinary hearing, revoking 360 days of behavioral/work credit.

    Petitioner's request for a certificate of appealability is DENIED as unnecessary. The Ninth Circuit has determined that a state prisoner challenging the execution of a sentence, including the revocation of time credits stemming from prison disciplinary decisions, need not obtain a certificate of appealability. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005).

    The Clerk of the Court shall process the notice of appeal.

    IT IS SO ORDERED.

DATED: 2/11/09

                                                    _Saundra B Armstrong_
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

P:\PRO-SE\SBA\HC.05\Knight3670.COA-moot.wpd

**United States District Court**
**For the Northern District of California**

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3
   KNIGHT,
4                                                              Case Number: CV05-03670 SBA
              Plaintiff,
5                                                              **CERTIFICATE OF SERVICE**
      v.
6
   EVANS et al,
7
              Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on February 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 Clarence V. Knight C07508
   Salinas Valley State
16 P.O. Box 1050
   Soledad, CA 93960

17

18 Dated: February 12, 2009
                                                    Richard W. Wieking, Clerk
19                                                  By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.05\Knight3670.COA-moot.wpd